UNA GOSLIN, Respondent, *v.* ANNIE I. MAGHER, Appellant.

*Goslin* v. *Magher*, 141 App. Div. 926, affirmed.
(Argued January 23, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1910, affirming a judgment in favor

of plaintiff entered upon a verdict in an action to recover for alleged alienation of affections.

*Irving L. Ernst* for appellant.

*Edwin T. Taliaferro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.    Absent: WERNER, J.